EXHIBIT "A"

PROMISSORY NOTE

Amount: US $. 5,250,000.00                                    Date: February, 2016

FOR VALUE RECEIVED, the undersigned Roberto Arzu, (the "Client") hereby unconditionally promises to pay to the order of JJ RENDO & ASOCIADOS, (the "Strategist"), on or before February, 01, 2016 at its office or home located 1331 Brickell Bay Dr. PH 4607 Miami, FL 33131 (or such other place of payment and for such other account as shall be designated by the Strategist to the Client), one million five hundred thousand (US $ 1,500,000.00) outstanding amounts owed hereunder will be as follow:

| Retainer Agreed | Payment Date | Amount |
|---|---|---|
| Retainer | February, 29, 2016 | 750,000.00 |
| Revolving expenses fund | February, 23, 2016 | 30,000.00 * |
| Retainer | March, 15, 2016 | 750,000.00 |
| Retainer | April, 01, 2016 | 136,300.00 |
| Retainer | May, 01, 2016 | 136,300.00 |
| Retainer | June, 02, 2016 | 136,300.00 |
| Retainer | July, 01, 2016 | 136,300.00 |
| Retainer | August, 01, 2016 | 136,300.00 |
| Retainer | September, 01, 2016 | 136,300.00 |
| Retainer | Octuber, 01, 2016 | 136,300.00 |
| Retainer | November, 03, 2016 | 136,300.00 |
| Retainer | December, 01, 2016 | 136,300.00 |
| Retainer | January, 01 2016 | 136,300.00 |
| Retainer | February, 02, 2017 | 137,000.00 |
| Success Fee | March, 01, 2017 | 1,000,000.00 |
| | | |
| | Total | U$$ 4,000,000.00 |

*The revolving expenses fund should be paid at the beginning of services, and this fund is not considered retainer.

In addition to the providing services, there are the following costs:

**Services and supplier's costs:**

| Services and suppliers | Amount | Date |
|---|---|---|
| In depth survey | 135,000.00 | February 2016 |
| Follow up survey and other in depth survey | 200,000.00 | August    2016    y January 2017 |
| Focus Group | 86,000.00 | February 2016 |
| Media Training | 180,000.00* | The whole year |
| Territorial organization | 300,000.00* | The whole year |
| Book | 85,000.00 | From Feb. To July |
| Press Columns Journalist | 24,000.00* | The whole year |
| Social Media | 120,000.00* | The whole year |
| Media Monitor | 120,000.00 | The whole year |
|  |  |  |
| Total | U$$ 1,250,000.00 | One year |

\* The whole amount should be paid in a monthly basis.

**Optional Services and providers**

| Services and Suppliers | Amount | Date |
|---|---|---|
| Research on Opposition | 150,000.00 | The whole year |
| Neuro Focus Groups | 105,000.00 | February 2016 |
| Follow up Focus Group | 60,000.00 | The whole year |
| PR Agency in Miami | 120,000.00 | The whole year |
| Personal Shopper | 15,000.00 |  |
|  |  |  |
| Total | U$$ 450,000.00 | The whole year |

2/3

The Client shall have the right to voluntarily prepay any Principal Amount due hereunder, without penalty, on any day (a "Business Day") that banks are open for business both in the city of Miami, USA. The Client hereby agrees to give ten (10) Business Days notice of any prepayment.

The Client shall execute and deliver one or more new promissory notes (as requested by the Strategist) in exchange therefore, in order to reflect the Adjusted Amount, as a result of applying the Index. Each such new promissory note shall be payable to such person as the Strategist may request and shall be substantially on the form of this promissory note.

No delay on the part of the Strategist in exercising any right, power or privilege hereunder will operate as a waiver thereof, nor will any waiver on the part of any party hereto of any right, power or privilege hereunder operate as a waiver of any other right, power or privilege hereunder, nor will any single or partial exercise of any right, power or privilege hereunder preclude any other or further exercise thereof or the exercise of any other right, power or and notice in connection with the delivery, acceptance, performance, default or enforcement of this promissory note. The Client irrevocably consent and agree, that any legal action, suit or proceeding against it with note may be brought in any Federal or state court located in the city of Miami. The City of Miami and hereby irrevocably accepts and submits to the non-exclusive jurisdiction of such court with respect to any such action, suit or proceeding.

This promissory note shall be governed by and construed in accordance with the laws of the state of Florida, United States of America.

IN WITNESS WHEREOF, the Client has caused this promissory note to be executed and delivered on the date first written above.

02/01/2016,

By: ROBERTO ARZU                    365 Alhambra Circle, suite 801, Coral Gables, FL 33134

By: JJ RENDON                       1331 Brickell Bay Dr. PH 4607, Miami, FL 33131

3/3