EXHIBIT "B"

```
CFN 2018R0713269
OR BK 31230 Pgs 4632-4641 (10Pgs)
RECORDED 11/26/2018 12:37:09
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2016-029497-CA-23

JJ RENDON & ASSOCIATES STRATEGIC
CREATIVITY, LLC,

    Plaintiff,

-v-

ROBERTO ARZU,

    Defendant.

_____/

## FINAL JUDGMENT FOR PLAINTIFF

IT IS ADJUDGED that Plaintiff, JJ RENDON & ASSOCIATES STRATEGIC CREATIVITY, LLC, 1300 Brickell Bay Dr., CU-7, Miami, FL. 33131, recover from Defendant ROBERTO ARZU, 4 Avenue 18-50, Zona 14, Guatemala City, Guatemala, the sum of $5,500,000.00, plus pre-judgment interest through September 17, 2018 of $660,594.22 (as set forth in Exhibit A hereto), for a total of $6,160,594.22, all of which shall accrue statutory interest, until paid in full. For all of which let execution issue.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 10/11/18.

                                                         BARBARA ARECES
                                                         CIRCUIT COURT JUDGE

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original on file in this office. 11/26/ AD 20 18
HARVEY RUVIN, Clerk of Circuit and County Courts
    Deputy Clerk

```
FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION NUMBER   12
THE COURT DISMISSES THIS CASE AGAINST
ANY PARTY NOT LISTED IN THIS FINAL ORDER
OR PREVIOUS ORDER(S). THIS CASE IS CLOSED
AS TO ALL PARTIES.
                    Judge's Initials   BA
```

The parties served with this Order are indicated in the accompanying 11th Circuit email confirmation which includes all emails provided by the submitter. The movant shall IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated by the accompanying 11th Circuit confirmation, and file proof of service with the Clerk of Court.

Signed original order sent electronically to the Clerk of Courts for filing in the Court file.





**Exhibit A**

CALCULATION OF PREJUDGMENT INTEREST

| Amount Owed Under Contract | Date on which Payment was Due | Daily Rate | Number of Days in Period | Prejudgment Interest Amount |
|---|---|---|---|---|
| $1,500,000 | February 1, 2016 | 02/01/16 – 03/31/16: .0001129781 | 60 | $11,680.29 |
| | | 04/01/16 – 06/30/16: .0001306011 | 91 | $17,827.05 |
| | | 07/01/16 – 09/30/16: .00013222404 | 92 | $18,249.18 |
| | | 10/01/16 – 12/31/16: .0001341530 | 92 | $18,513.11 |
| | | 01/01/17 – 03/31/17: .0001361644 | 90 | $18,382.19 |
| | | 04/01/17 – 06/30/17: .0001383562 | 91 | $18,885.62 |
| | | 07/01/17 – 09/30/17: .0001416438 | 92 | $19,546.84 |
| | | 10/01/17 – 12/31/17: .0001146575 | 92 | $20,227.35 |
| | | 01/01/18 – 03/31/18: .0001151507 | 90 | $20,453.45 |
| | | 04/01/18 – 06/30/18: .000156712 | 91 | $21,391.19 |
| | | 07/01/18 – 09/18/18: .000163562 | 92 | $22,571.56 |
| $750,000.00 | February 29, 2016 | 02/29/16 – 03/31/16: .0001129781 | 32 | $3,114.74 |
| | | 04/01/16 – 06/30/16: .0001306011 | 91 | $8,913.53 |

1

| | | | | |
|---|---|---|---|---|
| $750,000.00 | March 15, 2016 | 07/01/16 – 09/30/16: .0001322404 | 92 | $9,124.59 |
| | | 10/01/16 – 12/31/16: .0001341530 | 92 | $9,256.56 |
| | | 01/01/17 – 03/31/17: .0001361644 | 90 | $9,191.10 |
| | | 04/01/17 – 06/30/17: .0001383562 | 91 | $9,442.81 |
| | | 07/01/17 – 09/30/17: .0001416438 | 92 | $9,773.42 |
| | | 10/01/17 – 12/31/17: .000146575 | 92 | $10,113.68 |
| | | 01/01/18 – 03/31/18: .000151507 | 90 | $10,226.72 |
| | | 04/01/18 – 06/30/18: .000156712 | 91 | $10,695.59 |
| | | 07/01/18 – 09/18/18: .000163562 | 92 | $11,285.78 |
| | | 03/15/16 – 03/31/16: .000129781 | 17 | $1,654.71 |
| | | 04/01/17 – 06/30/16: .0001306011 | 91 | $8,913.53 |
| | | 07/01/16 – 09/30/16: .0001322404 | 92 | $9,124.59 |
| | | 10/01/16 – 12/31/16: .0001341530 | 92 | $9,256.56 |
| | | 01/01/17 – 03/31/17: .0001361644 | 90 | $9,191.10 |
| | | 04/01/17 – 06/30/17: .0001383562 | 91 | $9,442.81 |
| | | 07/01/17 – 09/30/17: .0001416438 | 92 | $9,773.42 |
| | | 10/01/17 – 12/31/17: .000146575 | 92 | $10,113.68 |
| | | 01/01/18 – 03/31/18: .000151507 | 90 | $10,226.72 |

2

| | | | | |
|---|---|---|---|---|
| | | 04/01/18 – 06/30/18: | .000156712 | 91 | $10,695.59 |
| | | 07/01/18 – 09/18/18: | .000163562 | 92 | $11,285.78 |
| $136,300.00 | April 1, 2016 | 04/01/16 – 06/30/16: | .0001306011 | 91 | $1,619.88 |
| | | 07/01/16 – 09/30/16: | .0001322404 | 92 | $1,658.24 |
| | | 10/01/16 – 12/31/16: | .0001341530 | 92 | $1,682.22 |
| | | 01/01/17 – 03/31/17: | .0001361644 | 90 | $1,670.33 |
| | | 04/01/17 – 06/30/17: | .0001383562 | 91 | $1,716.07 |
| | | 07/01/17 – 09/30/17: | .0001416438 | 92 | $1,776.16 |
| | | 10/01/17 – 12/31/17: | .000146575 | 92 | $1,837.99 |
| | | 01/01/18 – 03/31/18: | .000151507 | 90 | $1,858.54 |
| | | 04/01/18 – 06/30/18: | .000156712 | 91 | $1,943.75 |
| | | 07/01/18 – 09/18/18: | .000163562 | 92 | $2,051.00 |
| $136,300.00 | May 1, 2016 | 05/01/16 – 06/30/16: | .0001306011 | 61 | $1,085.86 |
| | | 07/01/16 – 09/30/16: | .0001322404 | 92 | $1,658.24 |
| | | 10/01/16 – 12/31/16: | .0001341530 | 92 | $1,682.22 |
| | | 01/01/17 – 03/31/17: | .0001361644 | 90 | $1,670.33 |
| | | 04/01/17 – 06/30/17: | .0001383562 | 91 | $1,716.07 |
| | | 07/01/17 – 09/30/17: | .0001416438 | 92 | $1,776.16 |

3

| Amount | Date | Period | ID | Value |
|---|---|---|---|---|
| | | 10/01/17 – 12/31/17: .0001465751 | 92 | $1,837.99 |
| | | 01/01/18 – 03/31/18: .000151507 | 90 | $1,858.54 |
| | | 04/01/18 – 06/30/18: .000156712 | 91 | $1,943.75 |
| | | 07/01/18 – 09/18/18: .000163562 | 92 | $2,051.00 |
| $136,300.00 | June 2, 2016 | 06/02/16 – 06/30/16: .0001306011 | 29 | $516.23 |
| | | 07/01/16 – 09/30/16: .0001322404 | 92 | $1,658.24 |
| | | 10/01/16 – 12/31/16: .0001341530 | 92 | $1,682.22 |
| | | 01/01/17 – 03/31/17: .0001361644 | 90 | $1,670.33 |
| | | 04/01/17 – 06/30/17: .0001383562 | 91 | $1,716.07 |
| | | 07/01/17 – 09/30/17: .0001416438 | 92 | $1,776.16 |
| | | 10/01/17 – 12/31/17: .0001465751 | 92 | $1,837.99 |
| | | 01/01/18 – 03/31/18: .000151507 | 90 | $1,858.54 |
| | | 04/01/18 – 06/30/18: .000156712 | 91 | $1,943.75 |
| | | 07/01/18 – 09/18/18: .000163562 | 92 | $2,051.00 |
| $136,300.00 | July 1, 2016 | 07/01/16 – 09/30/16: .0001322404 | 92 | $1,658.24 |
| | | 10/01/16 – 12/31/16: .0001341530 | 92 | $1,682.22 |
| | | 01/01/17 – 03/31/17: .0001361644 | 90 | $1,670.33 |

4

| | | | | |
|---|---|---|---|---|
| | | 04/01/17 – 06/30/17: .0001383562 | 91 | $1,716.07 |
| | | 07/01/17 – 09/30/17: .0001416438 | 92 | $1,776.16 |
| | | 10/01/17 – 12/31/17: .0001465775 | 92 | $1,837.99 |
| | | 01/01/18 – 03/31/18: .0001515077 | 90 | $1,858.54 |
| | | 04/01/18 – 06/30/18: .0001567172 | 91 | $1,943.75 |
| | | 07/01/18 – 09/18/18: .0001635622 | 92 | $2,051.00 |
| $136,300.00 | August 1, 2016 | 08/01/16 – 09/30/16: .0001322404 | 61 | $1,099.49 |
| | | 10/01/16 – 12/31/16: .0001341530 | 92 | $1,682.22 |
| | | 01/01/17 – 03/31/17: .0001361644 | 90 | $1,670.33 |
| | | 04/01/17 – 06/30/17: .0001383562 | 91 | $1,716.07 |
| | | 07/01/17 – 09/30/17: .0001416438 | 92 | $1,776.16 |
| | | 10/01/17 – 12/31/17: .0001465775 | 92 | $1,837.99 |
| | | 01/01/18 – 03/31/18: .0001515077 | 90 | $1,858.54 |
| | | 04/01/18 – 06/30/18: .0001567172 | 91 | $1,943.75 |
| | | 07/01/18 – 09/18/18: .0001635622 | 92 | $2,051.00 |
| $136,300.00 | September 1, 2016 | 09/01/16 – 09/30/16: .0001322404 | 30 | $540.73 |
| | | 10/01/16 – 12/31/16: .0001341530 | 92 | $1,682.22 |
| | | 01/01/17 – 03/31/17: .0001361644 | 90 | $1,670.33 |

5

| | | | | |
|---|---|---|---|---|
| | | 04/01/17 – 06/30/17: .0001383562 | 91 | $1,716.07 |
| | | 07/01/17 – 09/30/17: .0001416438 | 92 | $1,776.16 |
| | | 10/01/17 – 12/31/17: .000146575 | 92 | $1,837.99 |
| | | 01/01/18 – 03/31/18: .000151507 | 90 | $1,858.54 |
| | | 04/01/18 – 06/30/18: .000156712 | 91 | $1,943.75 |
| | | 07/01/18 – 09/18/18: .000163562 | 92 | $2,051.00 |
| $136,300.00 | October 1, 2016 | 10/01/16 – 12/31/16: .0001341530 | 92 | $1,682.22 |
| | | 01/01/17 – 03/31/17: .0001361644 | 90 | $1,670.33 |
| | | 04/01/17 – 06/30/17: .0001383562 | 91 | $1,716.07 |
| | | 07/01/17 – 09/30/17: .0001416438 | 92 | $1,776.16 |
| | | 10/01/17 – 12/31/17: .000146575 | 92 | $1,837.99 |
| | | 01/01/18 – 03/31/18: .000151507 | 90 | $1,858.54 |
| | | 04/01/18 – 06/30/18: .000156712 | 91 | $1,943.75 |
| | | 07/01/18 – 09/18/18: .000163562 | 92 | $2,051.00 |
| $136,300.00 | November 3, 2016 | 11/03/16 – 12/31/16: .0001341530 | 59 | $1,078.82 |
| | | 01/01/17 – 03/31/17: .0001361644 | 90 | $1,670.33 |
| | | 04/01/17 – 06/30/17: .0001383562 | 91 | $1,716.07 |
| | | 07/01/17 – 09/30/17: .0001416438 | 92 | $1,776.16 |

6

| | | 10/01/17 – 12/31/17: | .0001465575 | 92 | $1,837.99 |
| --- | --- | --- | --- | --- | --- |
| | | 01/01/18 – 03/31/18: | .000151507 | 90 | $1,858.54 |
| | | 04/01/18 – 06/30/18: | .000156712 | 91 | $1,943.75 |
| | | 07/01/18 – 09/18/18: | .000163562 | 92 | $2,051.00 |
| $136,300.00 | December 1, 2016 | 12/01/16 – 12/31/16: | .0001341530 | 31 | $566.84 |
| | | 01/01/17 – 03/31/17: | .0001361644 | 90 | $1,670.33 |
| | | 04/01/17 – 06/30/17: | .0001383562 | 91 | $1,716.07 |
| | | 07/01/17 – 09/30/17: | .0001416438 | 92 | $1,776.16 |
| | | 10/01/17 – 12/31/17: | .0001465575 | 92 | $1,837.99 |
| | | 01/01/18 – 03/31/18: | .000151507 | 90 | $1,858.54 |
| | | 04/01/18 – 06/30/18: | .000156712 | 91 | $1,943.75 |
| | | 07/01/18 – 09/18/18: | .000163562 | 92 | $2,051.00 |
| $136,300.00 | January 1, 2016 | 01/01/17 – 03/31/17: | .0001361644 | 90 | $1,670.33 |
| | | 04/01/17 – 06/30/17: | .0001383562 | 91 | $1,716.07 |
| | | 07/01/17 – 09/30/17: | .0001416438 | 92 | $1,776.16 |
| | | 10/01/17 – 12/31/17: | .0001465575 | 92 | $1,837.99 |
| | | 01/01/18 – 03/31/18: | .000151507 | 90 | $1,858.54 |
| | | 04/01/18 – 06/30/18: | .000156712 | 91 | $1,943.75 |

7

| | | | | |
|---|---|---|---|---|
| | | 07/01/18 – 09/18/18: .000163562 | 92 | $2,051.00 |
| $137,000.00 | February 2, 2017 | 02/02/17 – 03/31/17: .0001361644 | 58 | $1,081.96 |
| | | 04/01/17 – 06/30/17: .0001383562 | 91 | $1,724.89 |
| | | 07/01/17 – 09/30/17: .0001416438 | 92 | $1,785.28 |
| | | 10/01/17 – 12/31/17: .000146575 | 92 | $1,847.43 |
| | | 01/01/18 – 03/31/18: .000151507 | 90 | $1,868.08 |
| | | 04/01/18 – 06/30/18: .000156712 | 91 | $1,953.73 |
| | | 07/01/18 – 09/18/18: .000163562 | 92 | $2,061.54 |
| $1,000,000.00 | March 1, 2017 | 03/01/17 – 03/31/17: .0001361644 | 31 | $4,221.10 |
| | | 04/01/17 – 06/30/17: .0001383562 | 91 | $12,590.41 |
| | | 07/01/17 – 09/30/17: .0001416438 | 92 | $13,031.23 |
| | | 10/01/17 – 12/31/17: .000146575 | 92 | $13,484.90 |
| | | 01/01/18 – 03/31/18: .000151507 | 90 | $13,635.63 |
| | | 04/01/18 – 06/30/18: .000156712 | 91 | $14,260.79 |
| | | 07/01/18 – 09/18/18: .000163562 | 92 | $15,047.70 |
| | | | TOTAL: | $660,594.22 |

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that this is a true copy of the original filed in this office on NOV 2 6 2018 day of _____, A D 20____
WITNESS my hand and Official Seal.
HARVEY RUVIN, CLERK of Circuit and County Courts
By _____ D.C.

8