EXHIBIT "C"

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2016-029497-CA-01
SECTION: CA23
JUDGE: Barbara Areces

**JJ RENDON & ASSOCIATES STRATEGIC CREATIVITY LLC**

Plaintiff(s) / Petitioner(s)

vs.

**ROBERTO ARZU**

Defendant(s) / Respondent(s)

_____/

## WRIT OF BODILY ATTACHMENT

TO ALL THE SHERIFFS OF THE STATE OF FLORIDA:

### WRIT OF BODILY ATTACHMENT

THIS CAUSE came before this Court on Wednesday, April 17, 2019 at 9:00 a.m. on a Hearing to Show Cause as to why Defendant Roberto Arzu ("Arzu") should not be held in contempt of Court for his failure to comply with the Court's April 4, 2019 Order to Show Cause. Based on the foregoing, it is ORDERED AND ADJUDGED as follows:

1. This Court finds that Arzu is in civil contempt of Court by virtue of his failure to appear for the April 17, 2019 hearing as required by the Court's April 4, 2019 Order to Show Cause.

2. This Court orders that the Sheriff shall take Arzu into custody, if found in the State of Florida.

3. This Court further orders that the Sheriff shall hold Arzu in safe keeping, and produce Arzu before a first appearance Judge within 24 hours of his detention, so that the first appearance Judge may order the Miami-Dade County Sheriff's Office to produce Arzu to this Court on the following business day or, if the following business day is a Saturday, Sunday, or legal holiday, on the next business day following, whereby Arzu shall be provided an opportunity to comply with this Court's April 4, 2019 Order to Show Cause, and otherwise purge himself of contempt. There is no bond. Arzu may purge his contempt by submitting to a deposition in aid of execution.

4. This Court further orders that the Miami-Dade County Sheriff's Office shall notify this Court [305-349-7044] of Arzu's detention and the execution of this Writ no later than 4:00 p.m.

the day after Arzu is first detained or, if the day of initial detention is a Saturday, Sunday, or legal holiday, on the next business day following. The Court's chambers will then promptly notify Plaintiff's counsel, Jesus Cuza, Esq. at Holland & Knight LLP, by telephone (305-789-7513) and email (jesus.cuza@hklaw.com; monica.castro@hklaw.com; and ericka.garcia@hklaw.com) of the hearing date and time.

5.   The descriptive information for Arzu is as follows:

Full name:   Roberto Arzu

Home address:   4 Avenue 28-50, Zona 14, Guatemala City, Guatemala

Race:   Hispanic

Sex:   Male

Date of Birth:   Unknown

Height:   Unknown.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 23rd day of April, 2019.

2016-029497-CA-01 04-23-2019 1:14 PM
Hon. Barbara Areces

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Copies Furnished To:**
Benjamin Joseph Tyler , Email : benjamin.tyler@hklaw.com
Harout Jack Samra , Email : harout.samra@dlapiper.com
Harout Jack Samra , Email : Raymond.Zamora@dlapiper.com

Jesus E Cuza , Email : ericka.garcia@hklaw.com
Jesus E Cuza , Email : jesus.cuza@hklaw.com
Monica Vila Castro , Email : denise.perlich@hklaw.com
Monica Vila Castro , Email : monica.castro@hklaw.com
Monica Vila Castro , Email : carla.cosio@hklaw.com
Rebecca J. Canamero , Email : john.fifield@hklaw.com
Rebecca J. Canamero , Email : rebecca.canamero@hklaw.com
Rebecca J. Canamero , Email : carla.cosio@hklaw.com