**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-22424-UU

JJ RENDON & ASSOCIATES STRATEGIC CREATIVITY, LLC, *et al.*,

Plaintiffs,

v.

ROBERTO ARZU,

Defendant.
_______________________________________/

**ORDER**

THIS CAUSE comes before the Court *sua sponte*.

ORDERED AND ADJUDGED that the Order Setting Initial Planning and Scheduling Conference (D.E. 6) is VACATED. The Initial Planning and Scheduling Conference is CANCELLED.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th__ day of June, 2019.

_______________________________
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf